No. 97–7562 (A–523). CEJA v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

No. 96–9196. ARTEAGA v. SANTA CLARA DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES, ante, p. 835;

No. 96–9197. ARTEAGA v. CALIFORNIA, ante, p. 835;

No. 97–384. RESHARD ET AL., CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF RESHARD v. BRITT ET AL., ante, p. 933;

No. 97–574. TINSLEY v. TRW INC. ET AL., ante, p. 997;

No. 97–755. IN RE SMITH, ante, p. 994;

No. 97–5051. DIGIOVANNI v. PENNSYLVANIA, ante, p. 983;

No. 97–5280. KIRBY v. ALABAMA DEPARTMENT OF CORRECTIONS ET AL., ante, p. 885;

No. 97–5390. LUCIOUS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 891;

No. 97–5915. STENGER v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL., ante, p. 957;

No. 97–5921. JACOBSON v. MCILWAIN ET AL., ante, p. 970;

No. 97–5969. CEJA v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL., ante, p. 971;

No. 97–6097. JYAN v. FRANKOVICH ET AL., ante, p. 986;

No. 97–6187. ORTIZ v. UNITED STATES, ante, p. 961;

No. 97–6433. TURNER v. UNITED STATES, ante, p. 1019; and

No. 97–6434. TURNER v. UNITED STATES; TURNER v. DEPARTMENT OF JUSTICE; and TURNER v. INTERNAL REVENUE SERVICE ET AL., ante, p. 1019. Petitions for rehearing denied.

No. 97–703. RIMELL v. UNITED STATES, ante, p. 983. Motion of petitioner for leave to proceed further herein in forma pauperis granted. Petition for rehearing denied.

JANUARY 23, 1998

No. A–490. LOPEZ ET AL. v. MONTEREY COUNTY, CALIFORNIA, ET AL. Application for stay of judgment of the United States